13 Feb. 2015

CCA # PD-1414-14

Hon. 4th Court of Appeals Clerk
Criminal Justice Center
360 Dolorosa
San Anto, Tp 78205

IN THE COUt of
AT SAN A...

2015 FEB 27 ...

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 02 2015

Abel Acosta, Clerk

RE: Trial Court Case No. 2013-CR-6698
P.D.R. filing, 186th Judicial Dist. Bexar
And;

Trial Court Case No 307125
Count Court at Law No 5, Bexar County
Access To Court Violations

Robert Martinez, Pro Se
TDCJ ID No 1931397
Lopez State Jail
1203 EL Cibolo Rd.
Edinburg Tp 78542

2015 FEB 27 PM 2:31

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED

VIA U.S MAIL

Greetings!

Enclosed please find;
" Notice of Counsels conduct and the repeated Access to Courts Violations, Appellant with due dilengentcy has been unable to prepare his P.D.R. for the C.C.A. reviewal on Ineffective Assistance of Counsel, Access to Courts Violations and other grounds "

Such is for cause No 2013-CR-6698, which my P.D.R is due. Notice the paper concerns the Repeated Access to Court Violations. The exhibit are orginals and I have no means to duplicate. But those papers are necessary to proove my burden in my second

Case herein referenced Case No 307125, I humbly request that these paper be filed in both ~~case~~ Trial Case No 2013-CR-6698 And Trial case no 307125, which both have pending matters in your Court.

Bring these papers to the attention of the courts. And please provide me a copy. Such is extremely important, these papers will be required to prove my burden. I am indigent and unable to utlize a copy machine.

Thank you.

In Hoc

cc: file

2

No. _____

IN THE COURT OF APPEALS

FOURTH COURT OF APPEALS DISTRICT OF TEXAS
AT SAN ANTO., TEXAS

Robert Martinez
        Appellant, Pro Se

V

THE State of Texas
        Appelle

Trial Court No. 2013-CR-6698
Bexar County ~~County Court~~ ~~Rm.~~
186th Judicial District

Notice of Counsel's conduct And the repeated Access to Courts
Violation, Appellant with due dilengentcy has been unable to prepare
his "PDR" for the C.C.A. reviewal on Ineffective Assistance of
Counsel, Access to Court Violations And other grounds ...

TO THE HONORABLE COURT OF APPEALS:

Comes Now Robert Martinez, BCADC No. 327074,
TDCJ ID No. 1931397, hereinafter "Appellant", Pro Se, And
files this his Notice of Counsel's conduct And the
repeated Access to Courts Violations, Appellant with
due dilengentcy has been unable to prepare his "PDR"
for the C.C.A. reviewal on Ineffective Assistance
of Counsel, Access to Court Violations and other

grounds... And would show the Courts the following:

① Defendants P.D.R was due <u>Dec. 22, 2014</u>

② Defendant on _____ mailed his Notice last Notice for extention to file his P.D.R. Defendant is seperated from his legal papers, Necessary for proper filing of this paper. Defendant unable to proper inform the court, due to separation from his legal papers

③ Defendant

④ Defendant has been relocated on Dec. 17, 2014 from the Texas Dept of Criminal Justice, Lopez state Jail, Defendant was told "Bexar County Sheriff is here already here for you, we don't have time." Defendants property was not properly inventoried, or even inventoried by the "TDCJ" All his property was placed in large trash bags. Forced and ordered into a transport VAN.

2

5. Defendant has made repeated Notice to the Courts of the repeated `Access to Courts' violations to no avail. Defendant seperated from his paper. Unable to give dates of paper where he gives Notice

6. Defendant has made Notice of the Bexar County Adult Detention Center `BCADC' ~~meaningless~~ meaningless law library Access. Defendant seperated from his legal papers, unable to give you the dates of his papers where he makes Notice to the Courts

7. Defendant make Notice to this Court that he has filed numerous papers with the Bexar County Clerk's Office in cause 307125, collaterally attacking this conviction, papers attesting and showing clear and convincing evidence of the repeated `Access to Court' Violations Defendant/Inmates are not allowed to utilize the Xerox copy machine. Defendant is unable to produce at this writing copies of the over (2) two dozen Access to Court Violation administrative request for relief. Exhaustive administrative procedures have Not produced correction of Violations.

8. On Dec. 17, 2014 defendant property again was rifled through and made to become illogical in order. Defendant was seperated and not allowed to keep all his legal papers.

9. ON Dec _____, 2015 defendant filed a `BCADC` property release form. Defendant was advise he most follow the procedures to obtain his property to include MOST IMPORTANTLY his legal work. — defendant received No response

See exhibit _____ (Allready mailed to this court) (Seperated from his papers)

10. On Dec. 22, 2015, defendant filed his second Good faith request `BCAOC` property release form to secure his Legal work, Art supplies, books, pictures

See exhibit __B__

defendant received No response

11. Defendant with every known method available to him. in Good faith sought to gain access to his legal papers. defendant wrote back to the Lopez State Jail, and filed his Step1 grievance.

See exhibit __C__

At this writing defendant has not received a response on Grievance __2015061301__, on the mishandling of his legal property.

4

12. On Jan 3, 2015, defendant filed Another 'BCADC' Form 351-011 (Rev. Sept 89), requesting And following his administrative procedure to obtain his legal work

See exhibit D

Defendant

13. On Jan 4, 2015, defendant was ORDERED TO THE floor Sergeant office, advised to pick-up his property in the 1st floor, defendant was Not allowed to retrive his property, Returned back to 4th floor Sergeant's office, Sgrt. Sent another Correctional officer C/o to pick-up defendant legal work.

Defendant quickly advised the Floor Sgrt. why his bag was opened And No paper work. Sgrt. stated Do you want it or Not

Defendant's property was reinventoried And marked Confiscated property   See exhibit E

14. On 1-12-15, defendant mailed / and or filed a `BXADC` inmate grievance see exhibit F

The better explanation of what transpired on JAN 4, 15 (above No. 13) aforementioned. At the need for redundancy please take careful review of 2 page grievance and It's issues. See exhibit F

(15) On -1-12-15, defendant received Susan Pamerleau sheriff, letterhead advising defendant his grievance is under investigation See exhibit G

(16) on -1-16-15, defendant received Susan Pamerleau Sheriff, letterhead advising defendant his grievance is under investigation See exhibit H

(17) on- 1-27-15, defendant received Susan Pamerleau Sheriff, letterhead advising defendant his grievance is under investigation See exhibit I

6

18. On 1-29-2015, defendant is transported back to T.D.C.J. from `BCADC` his property again rifled through already in disarrayed, already illogical is made to become in a conditions so bad. Defendant wants to `just give-up` And his claim. which he believes he is entitled to.

At defendant is advise he cannot have lots of his property to include carbon, pens, pencils, clean volumed paper. And made to mail his property home

See exhibit J

(19) On Feb. 1, 2015, defendant files his TDCJ step 1 grievance, please read and review, at the need for redundancy, issues of aforemention (no 18) claim.    See exhibit K

(20) On. Feb 8, 2015, defendant is advised and made to pack-up he is being relocated.

7

Defendant to be ~~is~~ relocated from Beeville Garza Unit to Lopez state Jail, Edinburg Tx. Inventory staff Arizolsala is very unprofessional, and continues the disregard for defendant's legal work, tossed in bags made completely illogical, disarrayed.

Importantly, defendant is told AND ORDERED TO seperate his legal work AND told you CAN only take what's IN one bag.

Defendant again seperated from his legal work See exhibit L

(21) On 2-9-15, defendant is transported from Beeville to Lopez unit. property officer very professional AND octually Advises defendant to file a grievance, AND that his other seperated legal bag will follow him. AND as soon as it arrives he will call me. See Exhibit un, property INventoried

8

Defendant seeks this Court assistance and to make Notice the defendant has not received any response from the filed administrative grievances At this writing. Defendant counsels Yoland T Huff, Charles Bunk, and E Shaughnessy have refused to return their work product or defendant's files

Defendant has sought out the State Bar of Texas to assist him in obtaining his files. At this writing such has not been accomplished. Defendant, procedural due process rights, his right to address the courts, and to file meaningful papers repeatedly violated. Fundamental right to address the courts, violated.

Defendant prays these things

Feb 13, 2015

9

## CERTIFICATE OF SERVICE

I, hereby certify that on this the _13_ day of _Feb_, _2015_, a true and correct copy of the above and foregoing "_Notice of Counsel's Conduct And..._" was transmitted to the office of the Bexar County District Attorney, Criminal Justice Center, 101 W. Nueva, San Antonio, Texas 78205 _And 4th Court of Appeals, Criminal Justice Center, 300 Dolorosa, San Anto., Tx 78205_

_____

Defendant

## ORDER

On this the _____ of _____, _____, came on to be heard

Defendant's _____ and said motion is hereby

( ) GRANTED        ( ) DENIED

Signed this _____ of _____, _____.


_____

Judge Presiding

## UNSWORN Declaration BY Inmate

I Robert Martinez, TDCJ ID No 1931397, being presently incarcerated in the Texas Dept of Criminal Justice, Lopez State Jail, Hidalogo County Texas, declare under penalty of perjury that the above and foregoing instrutment is true and correct to the best of my ability

Executed this the 13 day of Feb 2015



*Exhibit B*

## BEXAR COUNTY ADULT DETENTION CENTER PROPERTY RELEASE FORM

(COPY)

MARTINEZ Robert          327074          22 Dec 2014
_____     _____     _____
INMATES NAME               SID NUMBER          DATE/TIME

SELF (-Same as above)     SELF
_____     _____     _____
NAME OF PERSON TO RECEIVE PROPERTY    RELATIONSHIP       TDL#/ID#

I HEREBY AUTHORIZE THE RELEASE OF _____

FROM MY PERSONAL PROPERTY TO THE ABOVE NAMED INDIVIDUAL FOR THE PURPOSE OF *Legal work, Art supplies, books, pictures*

_____     22 Dec. 2014     _____
INMATES SIGNATURE           DATE/TIME              APPROVED BY

**************************************************************************

DESCRIBE ALL PROPERTY GIVEN: _____

_____

_____

_____

_____          _____     _____
BANKING CLERK/OFFICER                BADGE NO.          DATE/TIME

_____          _____     _____
INFORMATION DESK RELEASING OFFICER   BADGE NO.          DATE/TIME

_____                            _____
SIGNATURE OF PERSON RECEIVING PROPERTY                 DATE/TIME

cc: file)                          FORM 351-011   (Revised Sept. 89)



# Texas Department of Criminal Justice
## INSTITUTIONAL DIVISION
### Reynaldo V. Lopez Unit





## Inter-Office Communications

**To**   Martinez, Robert # 1931397          **Date**   12/30/2014

**From**   D. Gutierrez – Investigator II          **Subject**   Grievance #2015061301

Mr. Martinez, be advised that said STEP 1 grievance regarding mishandling of legal property has been received as of 12/17/2014 and is currently undergoing investigation.

Thank you,

D. Gutierrez

Investigator II

INMATE'S NAME

_SELF (Same As Above)_    _SELF_    _____

NAME OF PERSON TO RECEIVE PROPERTY    RELATIONSHIP    TDL#/ID#

I HEREBY AUTHORIZE THE RELEASE OF _____

_____

FROM MY PERSONAL PROPERTY TO THE ABOVE NAMED INDIVIDUAL FOR THE PURPOSE OF _Legal,_

_work, Art supplies, books, pictures_ _____

_____    _3 Jan 2015_    _____

INMATE'S SIGNATURE    DATE/TIME    APPROVED BY

**************************************************************************************

DESCRIBE ALL PROPERTY GIVEN: _____

_____

_____

_____    _____    _____

BANKING CLERK/OFFICER    BADGE NO.    DATE/TIME

_____    _____    _____

INFORMATION DESK RELEASING OFFICER    BADGE NO.    DATE/TIME

_____    _____

SIGNATURE OF PERSON RECEIVING PROPERTY    DATE/TIME

_(CC: file 3rd)_    FORM 351-011    (Revised Sept. 89)

✗ Confiscated Property ✗

Exhibit E

# INMATE PERSONAL PROPERTY INVENTORY LIST

| DATE: | INMATE'S NAME (LAST NAME, FIRST NAME, MI) | SID# | HOUSING ASSIGN.# | BAG/LOCATION # |
|---|---|---|---|---|
| | | | 27 | |

REASON FOR PROCESSING:
☐ DISCIPLINARY DETENTION  ☐ INTENSIVE SUPERVISION  ☑ CONFISCATED PROPERTY  ☐ LOSS OF PRIVILEGES  ☐ EXCESSIVE PROPERTY  ☐ OTHER: (SPECIFY) _____

| PERSONAL ITEMS | N | U | AMOUNT | EXCESS | PERSONAL ITEMS | N | U | AMOUNT | EXCESS | PERSONAL ITEMS | N | U | AMOUNT | EXCESS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Relig. Medallion | | | | | Chips | | | | | | | | | |
| Tennis Shoes | | | | | Candy | | | | | | | | | |
| Bible | | | | | Coffee | | | | | | | | | |
| Legal Papers | | | | | Cookies | | | | | | | | | |
| Books | | | | | Crackers | | | | | | | | | |
| Magazines | | | | | Hot Chocolate | | | | | | | | | |
| Colored Pencils | | | | | Chips | | | | | | | | | |
| Envelopes (Plain) | | | | | Radio | | | | | | | | | |
| Stamped Envelopes | | | | | Earphones | | | | | | | | | |
| Stamps | | | | | | | | | | | | | | |
| Letters | | | | | | | | | | *TEMPORARY STORAGE OF T.V.* | | | | |
| Paper/Tablets | | | | | | | | | | BRAND: | | | | |
| Pictures | 29 | | | | | | | | | SERIAL NO: | | | | |
| Pens/Pencils | | | | | | | | | | NOTE: ISSUED ITEMS, SUCH AS SOAP, SALT, PEPPER, TOILET PAPER, WILL NOT BE PLACED IN INMATES PROPERTY. | | | | |
| Hankerchiefs (Art) | | | | | | | | | | | | | | |

## CHAIN OF CUSTODY RECEIPT

| INITIAL RECEIPT | | TIME: | DATE: |
|---|---|---|---|
| TURNED IN BY: <br><br> SIGNATURE OF INMATE | INVENTORIED/RECEIVED BY: <br><br> INVENTORY OFFICER'S NAME/BADGE# | OFFICER'S SIGNATUARE | |
| **TURN IN OF PROPERTY FOR STORAGE** | | TIME: | DATE: |
| TURNED IN BY: <br><br> OFFICER'S SIGNATURE/BADGE# | RECEIVED BY: <br><br> PROPERTY OFFICER'S NAME/EMPLY# | PROPERTY OFFICER'S SIGNATURE | |
| **PROPERTY TURNED OVER FOR ISSUE** | | TIME: | DATE: |
| RELEASED BY: <br><br> PROPERTY OFFICER'S SIGNATURE/EMPLY# | RECEIVED BY: <br><br> RECEIVING OFFICER'S NAME/BADGE# | RECEIVING OFFICER'S SIGNATURE | |
| **PROPERTY RETURNED TO INMATE** | | TIME: | DATE: |
| INVENTORIED/RELEASED BY: <br><br> OFFICER'S SIGNATURE/BADGE# | RECEIVED BY: <br><br> INMATE'S NAME/SID# | INMATE'S SIGNATURE | |

| DISTRBUTION: | ORIG - PROPERTY/FILE | YELLOW - OFC. RECEIPT | GREEN - OFC. RECEIPT | PINK - INMATE | BCSO Form 351-024 Rev 03/96 |

—COPY—

**BEXAR COUNTY ADULT DETENTION CENTER "BCADC"**
**INMATE'S GRIEVANCE FORM**

NAME _Martinez Robert_ SID # _327074_ DOB _3-12-64_

DATE _1-12-15_ INCIDENT DATE/ TIME _Uncertain of exact time infraction(s) occured_ HOUSING UNIT _B6-27_

State incident or problem as clearly and briefly as possible. (use additional forms or plain paper if necessary.) Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form. On or about the 4th day of January 2015. I was advised by ranking officer (Sergeant in rank), that I would be allowed to pick-up my T.D.C. property. He ordered me to the first floor. property room. Upon arrival at the BCADC property room, the lady in charge advised me that I could not have my property. I returned to the 4th floor Sergeant, who advised me to sit and wait while he sent a Correctional officer to the 4th floor property room to retrive my property. Eventually when the Correctional officer arrived. The sergeant quickly advised me that he could tell me right now that I'm not getting all those things to begin with the T.D.C. mess bag. When I approached to explain. He order me to sit and not get up from where I was approximately 15-20 feet from where he (Sergeant and Correctional officer) began to go through my property and seperate what I could have and not have. I explained importantly that I am searching for my legal work papers that such were in order and why is my bag open where is the seal (tie) where is the property receipt (chain of command paper work) Do you want your stuff "I replied I need my legal work" Now at this writing

PROPOSED SOLUTION TO PROBLEM _I have been unable to locate specific legal work_ _My legal work has been compromised and I have_

_____
INMATE'S SIGNATURE

***************** FOR OFFICIAL USE ONLY * DO NOT WRITE BELOW THIS LINE *****************

RECEIVED BY_____ DATE_____ CASE #_____ CODE_____

_____ INVESTIGATED BY_____
_____ REFERRED TO _____ DATE _____
_____ REJECTED (Include rational for reject in response)
_____ NO ACTION REQUIRED (Include reason in response)

**GRIEVANCE SUMMARY RESPONSE**

_____
_____
_____
_____
_____

PROCESSED BY_____ REVIEWED BY _____
Grievance Officer                          Grievance Supervisor
                                          Date:_____

GREEN COPY TO FILE
WHITE COPY TO REFERRED SECTION
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8-11)

—COPY—

# BEXAR COUNTY ADULT DETENTION CENTER "BCADC"
## INMATE'S GRIEVANCE FORM

NAME Martinez Robert SID # 327074 DOB 3-12-64

DATE 1-12-15 INCIDENT DATE/TIME Uncertain of exact time infractions occured HOUSING UNIT BG-27

State incident or problem as clearly and briefly as possible. (use additional forms or plain paper if necessary.) Place form in the box marked Grievance, the unit mail box or give to Living Unit Officer. You will receive your response through the mail. You can obtain additional grievance forms from Living Unit Officer. Do not attach any items or materials to grievance form. active pending, time barred litigation. I seek signatures of chain of command, their exist other property, that is missing, uninventoried, at this point my main concern(s) is that my other legal papers be immedately located. I seek the paper work (chain of command) with signature forms. I have made Notice upon arrival on about 12-18-14 of this problem(s).

cc: Courts

PROPOSED SOLUTION TO PROBLEM I seek all chain of command forms with signatures explanation why my bag was open and without attached inventory list

_____
INMATE'S SIGNATURE

****************** FOR OFFICIAL USE ONLY ★ DO NOT WRITE BELOW THIS LINE ******************

RECEIVED BY_____ DATE_____ CASE #_____ CODE_____

_____ INVESTIGATED BY_____
_____ REFERRED TO_____ DATE_____
_____ REJECTED (Include rational for reject in response)
_____ NO ACTION REQUIRED (Include reason in response)

### GRIEVANCE SUMMARY RESPONSE

_____
_____
_____
_____
_____

PROCESSED BY_____ REVIEWED BY _____
Grievance Officer                              Grievance Supervisor
                                                    Date:_____

GREEN COPY TO FILE
WHITE COPY TO REFERRED SECTION
GOLD COPY RETURNED TO INMATE WITH RESPONSE
PINK COPY RETAINED BY INMATE

FORM 351-44 (8-11)

@ PR-15



## Susan Pamerleau
### Sheriff
Bexar County, Texas

**B9**

Exhibit G

**To:** Inmate Martinez, Robert SID 327074

**From:** Grievance Section

**Re:** Grievance Received 12-29-14

**Date:** January 12, 2015

Your grievance is under investigation. You will receive a response to the grievance when the investigation is complete.

**T. Flores #2018**
**Grievance Corporal**





## Susan Pamerleau
Sheriff
Bexar County, Texas

**To:** **Inmate Martinez, Robert SID 327074**

**From: Grievance Section**

**Re:** **Grievance Received 01-05-15**

**Date:** **January 16, 2015**

**Your grievance is under investigation. You will receive a response to the grievance when the investigation is complete.**

**T. Flores #2018**
**Grievance Corporal**



 

**To:**   **Inmate Martinez, Robert SID 327074**

**From: Grievance Section**

**Re:**   **Grievance Received 01-13-15**

**Date:   January 27, 2015**

**Your grievance is under investigation. You will receive a response to the grievance when the investigation is complete.**

**T. Flores #2018**
**Grievance Corporal**

## TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Offender Intake Inventory

### Section I: Offender Information

| Offender *(Printed name)*: Martinez, Robert | | TDCJ#: | Unit: N H |
|---|---|---|---|
| County Delivering Offender: Bryan | | ☐ Newly-Received ☑ BW Return ☐ Emer Absence Return | |
| Printed Name/Signature of Intake Staff: K. Simpson Tolana | | Date: 1-29-15 | |

Identification documents sent to records: ☐ Driver's License ☑ Social Security Card ☐ Birth Certificate
☐ Other _____

### Section II: Acknowledgement of Receipt of TDCJ Property Information (PROP-01)

I have received a TDCJ Offender Orientation Handbook and a list of authorized property limitations. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement will generally be paid at a rate not to exceed $50 per item.

Offender *Signature/Date)*: X _____ 1-19-15 Staff: _____
Initials/Date: X RM _____ 1-19-15

### Section III: Acknowledgement of Receipt of TDCJ Property Information (PROP-01)

| Jewelry Items | IN | Denied due to Excessive Value/Size | Other Items | IN | Comments |
|---|---|---|---|---|---|
| Wedding Ring | ✓ | | Religious Text | IC | Photo Athome I C |
| Wrist Watch | X | | Religious Items | ✓ | Bag I I C |
| **Shoes** | **IN** | **Size** | Substance Abuse Literature | X | |
| Personal Shoes *(If state-issued size unavailable)* | ✓ | | Photographs | IC | |
| **Health Care Devices** | | **IN** | Legal Material | IC | |
| Prescription Eyeglasses | IC | | Shower Shoes | IC | |
| Prescription Sunglasses | ✓ | | Tissue Bag | IC | |
| Contact lenses *(Until Health Services Issues eyeglasses)* | ✓ | | Cup | IC | |
| Other: | ✓ | | Gym Shorts | IC | |
| | | | T. Shirt | IC | |

### Section IV: Registered Property Authorized for Returning Bench Warranted Offender.
#### NOTE: Offender must present a valid Registered Property Receipt for each item.

| Item | IN | Item | IN | Item | IN | Item | IN | Item | IN |
|---|---|---|---|---|---|---|---|---|---|
| Personal Shoes | / | Typewriter | / | Hair Dryer | / | AM/FM Booster | / | Alarm Clock | ✓ |
| Radio | / | Hotpot | / | Wrist Watch | / | Multi Outlet Adapter | | Health Care Devices | ✓ |
| Fan | | Curling Iron | | Wedding Ring | | Clamp-on Lamp | | Religious Items | |

### Section V: Unauthorized Property at Intake *(Enter applicable method of disposition code: Mailed Out=MO; Visitor Pick-up = VP; Donated = DN; or Destroyed = DS)*

| Item | Disposition Code | Item | Disposition Code | Item | Disposition Code |
|---|---|---|---|---|---|
| Pickle, Hot Bag | MO | Knife | MO | Hot Sauce | MO |
| Ink Pen (?) | MO | Candy | MO | Jimmy Telavision | |
| Ruler (?) | MO | Tuna | MO | PO Box 13611 | |
| Cookies (?) | MO | Soap | MO | San Antonio, TX 78283 | |
| (?) | | Deodorant Powder | MO | | |

| Printed Name/Signature of Staff Witness to Disposition: Robert Alexander | Date: 1-29-15 |
|---|---|

PROP-03 (1-1-2005)    Original Offender File, Yellow Intake File, Pink Offender

# Texas Department of Criminal Justice

## STEP 1 OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**

Grievance #: _____

Date Received: _____

Date Due: _____

Grievance Code: _____

Investigator ID #: _____

Extension Date: _____

Date Retd to Offender: _____

Offender Name: **Martinez, Robert**   TDCJ # **1931397**

Unit: **Garza West**   Housing Assignment: **3B4 (-Intake Processing)**

Unit where incident occurred: **Garza West**

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)?   4o R.simpson Sgrt M   When? 1-29-2015

What was their response?   Shut-up or you will Not get anything / I'd give it to you, less work

What action was taken?   Property was taken from me

---

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

On Jan. 29, 2015, my legal work was rifled through, made to become illogical in order, disarrayed, TDCJ property paid for through commissary confisicated from me. Property discarded in waste basket. Property improperly inventoried TDCJ purchased through the Law Library indigent program confisicated and not inventoried, sketct pads, jelly, pen, pencils, carbon paper, all unlined white paper taken impeading legal filing. All postage stamps taken Not inventoried. Stamped envelopes not inventoried. Jalepenos, Jalepeno packs. Not limited to these named items. Missing magazine's. Religious literture taken. Cough medication

Note, when I was released on Nov. 17, 2014, I was told I had to hurry-up, because Bexar County was already waiting for me my property was not inventoried out... (note mailed a grievance Step 1 to Lopez Grievance officer Step 1)

My hygiene was all taken lotion toot paste, deordorant shampoo, soap, baby powder, toothbrush, Not inventoried

Medication taken from me. (T.D.C.J) issued medication

Where is/are my KOPs / missing / MANY items missing legal papers.

---

Allowed to purchase commissary then forced to mail home or destroy after Correctional officers's forced me to just go without property being inventoried due to bench warrant

cc: Courts

**Action Requested to resolve your Complaint.** Provide all my property back to me. And legal assistance to find and make my documents to become logical in order

Offender Signature: _____ Date: Feb 1, 2015

**Grievance Response:**

**Signature Authority:** _____ Date: _____

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

**Returned because:** *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [ ] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable. *
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

**UGI Printed Name/Signature:** _____

**Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.**

**Medical Signature Authority:** _____

I-127 Back (Revised 11-2010)

| OFFICE USE ONLY | |
| --- | --- |
| Initial Submission | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **2nd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |
| **3rd Submission** | UGI Initials: _____ |
| Grievance #: _____ | |
| Screening Criteria Used: _____ | |
| Date Recd from Offender: _____ | |
| Date Returned to Offender: _____ | |

**Appendix F**

# TEXAS DEPARTMENT OF CRIMINAL JUSTICE
## Offender Property Inventory

CONTROL # 

Offender (Print name): _____  TDCJ#: _____  Unit: _____

Date of Inventory: _____  Reason for Inventory: _____

## Section I: Authorized Offender Property

*Instructions:* Enter the quantity in the appropriate column beside the item at time of inventory.

**KEY:** "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | 2 | 1 |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | 1 | |
| Chips | 1 | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | 1 | | * ✓ Hair Dryer | | | Comb | 1 | | Pencil Sharpener (Limit 1) | | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | 1 | | Plastic Bowl | 1 | |
| Hot Sauce | 1 | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | 1 | |
| Jelly | | | * Hair Ties | | | Deodorant | | | Small Nail Clippers (Limit 1) | | |
| Meats | 4 | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | 1 | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | | |
| Soup | 1 | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | | | |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | | | | | |
| Sweetener | | | ✓ Prescription Eye Glasses | | | Shampoo | | | | | |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | 1 | | | | |
| Letters | 3 | | (✓ Only if free-world) | | | Soap/Soap Dish | 3 | | | | |
| Magazines | | | **Jewelry Items (1 each)** | | | Tooth Brush/Holder | | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | 1 | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Material** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. **Estimate Qty.** | | | **Other:** (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, Tallith, Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| All Books | | | **Necessity Items** | | | **Stationery Items** | | | | | |
| Literature (Pamphlets) | 1 | | Gym Shorts-Personal (Limit 4) | 1 | | Envelopes | 14 | | | | |
| **Electrical Equipment (1 each)** | | | Shoes (State-issue, limit 1 pair) | | | | | | | | |
| ✓ Fan | | | Shoes (✓ Personal, limit 1-2 pair) | | | Greeting Cards | | | **NOTE ITEMS ON OFFENDER'S PERSON** (I.e. wedding ring, watch, shoes, t-shirt, etc.) | | |
| Headphones | | | Socks-Personal (Limit 4 pair) | | | Ink Pens | | | | | |
| ✓ AM/FM Booster/Antenna | | | Thermal Bottom-Personal (Limit 2) | | | Paper | | | | | |
| ✓ Hot Pot | | | Thermal Top-Personal (Limit 2) | | | Pencils | | | | | |
| ✓ Outlet Adapter | | | T-shirt-Personal (Limit 4) | | | Stamps (60 Max.) | | | | | |
| ✓ Clamp-on Lamp | | | | | | Tablets | | | | | |
| ✓ Radio | | | | | | | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | 1 | | | | |

## SECTION II: Staff Acknowledgment of a complete and accurate inventory

*Instructions:* If offender is not present during inventory, there must be a staff witness.

Inventory Staff (Print name): _____  Signature/Date: _____

Staff Witness (Print name): _____  Signature/Date: _____

## SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that In the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

**A. Items Retained by Offender and/or stored in the Property Room (See items marked above)**
Offender (Signature/Date): _____  Staff Initials/Date: _____

**B. Items Returned to Offender (See items marked above)**
Offender (Signature/Date): _____  Staff Initials/Date: _____

Instructions on back of Form          Las instrucciones de espalda de forma

PROP-05 (1-1-2005)          Original Offender File; Yellow Property Room/Intake; Pink with Stored Property; Gold to Offender



Offender (Print name): __Arthur Robert__  TDCJ#: __1931397__  Unit: __RC__

Date of Inventory: __9 9 15__  Reason for Inventory: __Infirmary__

## Section I: Authorized Offender Property

_Instructions:_ Enter the quantity in the appropriate column beside the item at time of inventory.

KEY: "O" = In Offender's possession; "P" = Stored in Property Room; ✓ = Must be registered; * = Only females may possess

| ITEM | O | P | ITEM | O | P | ITEM | O | P | ITEM | O | P |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Consumable Items** | | | **Gender-Related (Females Only)** | | | **Personal Hygiene Items** | | | **Miscellaneous Items** | | |
| Bread | | | * Bobby Pins | | | Activator | | | ✓ Alarm Clock (Limit 1) | | |
| Canned Drinks | | | * Bras (Limit 7) | | | After Shave | | | Commissary Bag | 3 | |
| Candy | | | * ✓ Curling Iron | | | Baby Oil | | | Commissary Chain (Limit 1) | 1 | |
| Cheese | | | * Douche Items | | | Baby Powder | | | Cup | 1 | |
| Chips | | | * Gender Box | | | Brush | | | Handkerchief | | |
| Coffee | | | * ✓ Hair Dryer | | | Comb | | | Pencil Sharpener (Limit 1) | 1 | |
| Crackers | | | * Hair Accessories (6 items/sets) | | | Conditioner | | | Plastic Bowl | | |
| Hot Sauce | 1 | | * Hair Rollers (Limit 24) | | | Dental Flossers | | | Plastic Lock/key (1 per box) | | |
| Jelly | | | * Hair Ties | | | Deodorant | 1 | | Small Nail Clippers (Limit 1) | | |
| Meats | 4 | | * Make-up (10 Items) | | | Foot Powder | | | Spoon | 1 | |
| Pastries | | | * Panties (Limit 7) | | | Hair Dressing/Food | | | Tweezers | | |
| Peanut Butter | | | * Perfume Lotion (Limit 2) | | | Hair Gel | | | Work Gloves (Limit 1) | | |
| Pickles | | | * Sanitary Napkins/Tampons | | | Lotion | | | TDCJ Rule Book (GR-107) | 1 | |
| Soup | 4 | | * Stud Earrings (Limit 2 pair) | | | Petroleum Jelly | | | | | |
| Spreads | | | **Health Care Device/Supplies** | | | Razor, Disposable | 2 | | | | 3 |
| Sweetener | | | ✓ Prescription Eye Glasses | | | Shampoo | | | | | 1 |
| Tortillas | | | ✓ Prescription Sun Glasses | | | Shaving Cream | | | | | |
| **Correspondence/Publications** | | | | | | Shower Shoes | 1 | | | | |
| Letters | | | (✓ Only if free-world) | | | Soap/Soap Dish | 1 | | | | |
| Magazines | | | **Jewelry Items (1 each)** | | | Tooth Brush/Holder | 1 | | | | |
| Newspapers | | | ✓ Wedding Ring | | | Tooth Paste/Powder | | | | | |
| **Craft Items** | | | ✓ Wrist Watch | | | **Religious Items** | | | | | |
| Colored Pencils | | | **Legal Material** | | | ✓ Medallion (Religious) | | | | | |
| Water Colors | | | Pleadings, Transcripts, law books, notes, atty. letters, carbon paper, writ envelopes, etc. **Estimate Qty.** | 4 | | **Other:** (Headband, Hijab, Kufi, Medicine Bag, Natural Objects, Prayer Rug, Tallith- Prayer Shawl, Turban, Wooden Comb, Yarmulke | | | | | |
| **Educational Items** | | | | | | | | | | | |
| All Books | | | | | | | | | | | |
| Literature (Pamphlets) | | | **Necessity Items** | | | | | | | | |
| **Electrical Equipment (1 each)** | | | Gym Shorts-Personal (Limit 4) | 0 | | **Stationery Items** | | | | | |
| ✓ Fan | | | Shoes (State-issue, limit 1 pair) | | | Envelopes | | | **NOTE ITEMS ON OFFENDER'S PERSON** (i.e. wedding ring, watch, shoes, t-shirt, etc.): | | |
| Headphones | | | Shoes (✓ Personal, limit 1-2 pair) | | | Greeting Cards | | | | | |
| ✓ AM/FM Booster/Antenna | | | Socks-Personal (Limit 4 pair) | | | Ink Pens | | | | | |
| ✓ Hot Pot | | | Thermal Bottom-Personal (Limit 2) | | | Paper | | | | | |
| ✓ Outlet Adapter | | | Thermal Top-Personal (Limit 2) | | | Pencils | | | | | |
| ✓ Clamp-on Lamp | | | T-shirt-Personal (Limit 4) | 1 | | Stamps (60 Max.) | | | | | |
| ✓ Radio | | | | | | Tablets | | | | | |
| ✓ Typewriter/Word Processor | | | | | | | | | | | |

## SECTION II: Staff Acknowledgment of a complete and accurate inventory

_Instructions:_ If offender is not present during inventory, there must be a staff witness.

Inventory Staff (Print name): _____  Signature/Date: _____ 9 9 15

Staff Witness (Print name): _____  Signature/Date: _____

## SECTION III: Offender Receipt of Property

I have reviewed the above inventory of my personal property and it is correct. I understand that if I choose to possess property while in TDCJ, I consent to its rules and regulations regarding acquisition, possession, storage, and disposition. I also understand that in the event of loss or damage determined to be the responsibility of TDCJ, reimbursement would generally be paid at no more than $50 per item.

A. **Items Retained by Offender and/or stored in the Property Room** (See items marked above)
   Offender (Signature/Date): _____  Staff Initials/Date: _____

B. **Items Returned to Offender** (See items marked above)
   Offender (Signature/Date): _____  Staff Initials/Date: _____

Instructions on back of Form          Las instrucciones de espalda de forma

FEB 2 3 2015

USPS

4th Court of Appeals
Criminal Justice Center
300 Dolorosa
San Antonio, Texas 78205

Robert Martinez
TDCJ ID No 1931397
Lopez State Jail
1203 El Cibolo Rd.
Edinburg, TX 78542

2015 FEB 27 PM 2: 34

KEITH E. HOTTLE, CLERK

FILED
IN THE COURT OF
AT SAN ANTONIO

Legal Mail
2-13-15